UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL JADALI AND SUE JADALI,

Plaintiffs,

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC; JAGUAR LAND ROVER SAN JOSE,

Defendants.

Case No.   5:24-cv-03828 EJD

**ORDER TO SHOW CAUSE**

On January 22, 2026, the Court set a Trial Setting Conference for April 30, 2026 at 11:00 AM in San Jose, Courtroom 4.  ECF No. 35.  The parties were ordered to file an updated Joint Trial Setting Conference Statement by April 17, 2026.  *Id.*  On April 17, 2026, Defendants filed an updated Trial Setting Conference Statement unilaterally because Plaintiffs' counsel had not responded to Defendants' request for Plaintiffs' counsel's signature and approval to file a Joint Notice of Settlement in lieu of an updated Trial Setting Conference Statement.  The Statement raised the possibility that fees and costs may need to be determined by motion if the parties cannot resolve any disagreements informally.  ECF No. 36.  Plaintiffs' counsel did not subsequently respond to Defendants' unilateral Statement or otherwise provide an explanation for the lack of joint statement.  Instead, on April 21, 2026, Plaintiffs' counsel filed a request for entry of judgment pursuant to Federal Rule of Civil Procedure 68(a).  ECF No. 39.

On April 30, 2026, Plaintiffs' counsel failed to appear at the Trial Setting Conference. Defendants' counsel was present.

Accordingly, the Court hereby issues an **ORDER TO SHOW CAUSE** as to why this case should not be dismissed for failure to prosecute and to follow the Court Rules and procedures, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held May 7, 2026, at 10:00 a.m., in San Jose, Courtroom 4, 5th Floor. If Plaintiffs' counsel fails to appear, the case may be dismissed for failure to prosecute. Counsel, including Plaintiffs' Lead Attorney Tionna Carvalho as well as any other future-appearing counsel for Plaintiffs, are ordered to be personally present at the May 7, 2026, hearing.

**IT IS SO ORDERED.**

DATED: April 30, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

2